604

474 A.2d 677

Commonwealth v. Schultz, Appellant.

Submitted September 30, 1983. Henry F. Reints, for appellant; W. Malcolm, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.

474 A.2d 677

Commonwealth v. Seiders, Appellant.

Argued November 3, 1983. Dennis A. Zeger, for appellant; Merrill W. Kerlin, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Judgment of sentence is affirmed.